USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/18/2013__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                    :

KIRAN NEPPALLI, *et al.*,                   :

                          Plaintiffs,   :        13 Civ. 4578 (KPF)
          v.                                 :
                                                   :        <u>ORDER</u>
CITY OF NEW YORK, *et al.*,          :

                        Defendants.  :

------------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

       The Court has received the parties' letters dated November 11, 2013, and November 18, 2013. The parties are hereby ORDERED to appear for a telephone conference on **December 5, 2013, at 3:45 p.m.** At the appointed time counsel shall contact Chambers with both parties on the line.

       SO ORDERED.

Dated:  November 18, 2013
           New York, New York

                                                           KATHERINE POLK FAILLA
                                                          United States District Judge