UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

KIRAN NEPPALLI and VINEELA NEPPALLI,

                                      Plaintiffs,

-against-

CITY OF NEW YORK, POLICE OFFICE ISAAC BRANCH, and LIEUTENANT DONNY RAMOUTAR

                                      Defendants.

-----------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

13CV04578 (KPF) (RLE)

       WHEREAS, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

       1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Siegle & Sims LLP
*Attorneys for Plaintiff*
217 Broadway - Suite 611
New York, NY 10007

By: _____
Eric Siegle
Jonathan Sims
*Attorneys for Plaintiff*

Dated: New York, New York
JUNE 6, 2014

ZACHARY W. CARTER
Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York,
PO Branch, and Lt. Ramoutar*
100 Church Street
New York, New York 10007

By: _____
Carla Cheung
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

2