## SIEGLE & SIMS L.L.P.

*THE ASTOR BUILDING*
217 BROADWAY • SUITE 611
NEW YORK, NEW YORK 10007
TELEPHONE: (212) 406-0110
FACSIMILE: (212) 406-5259

ERIC W. SIEGLE                                                                                    JONATHAN D. SIMS

July 16, 2014

**VIA ECF**
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007
Attn.: Hon. Katherine Polk Failla

      Re:    *Neppalli & Neppalli v. City of New York et al.*
               **Docket No.:  13 CV 4578 (KPF)**

Dear Honorable Judge Polk Failla:

    We are the attorneys for the plaintiffs in the above-referenced matter. We write to advise that the settlement has been finalized, and all terms of the settlement have been met. Accordingly, the matter should be closed.

                                Respectfully submitted,

                                **SIEGLE & SIMS L.L.P.**

                                Jonathan D. Sims

cc:    Carla Cheung, A.C.C. (via email)